IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

RYAN SAUSEDA,

        Plaintiff,

   v.

J.E. THOMAS, and
DR. DAVIS,

        Defendants.

Civil No. 09-158-BR

ORDER

BROWN, Judge.

    Plaintiff, a former inmate at FCI Sheridan, brings this civil rights action *pro se*. On June 25, 2010, this Court issued an Order requiring Plaintiff to show cause in writing by July 26, 2010, why this action should not be dismissed for want of prosecution. The Order advised Plaintiff that if he failed to file a response within the time provided, the action would be dismissed.

1 - ORDER -

Plaintiff did not respond to the Order to Show Cause. In fact, Plaintiff's copy of the Order was returned to the Court for lack of a current address. Accordingly, IT IS ORDERED that this action is DISMISSED, without prejudice.

IT IS SO ORDERED.

DATED this 4th day of August, 2010.

          /s/ Anna J. Brown
          ANNA J. BROWN
          United States District Judge